**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO: 25-40900-ELM-13** |
| **ISIDRO DIAZ**<br>6641 TEXAS COWBOY DR<br>FORT WORTH, TX 76123<br>SSN/TIN: XXX-XX-4165 | |
| **DEBTOR** | **HEARING: JUNE 5, 2025 AT 8:30 AM** |

### NOTICE OF HEARING ON CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN OBJECTION IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 21 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE. IF AN OBJECTION IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO OBJECTION IS TIMELY FILED, THE PLAN SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER CONFIRMING IT.

If an objection is timely filed and not resolved by the hearing date, this matter will be called at the docket call on the time and date above in ROOM 204 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102-3643 with a hearing following docket call.

**Attend by WebEx Video:**

Link: https://us−courts.webex.com/meet/morris

**Attend by WebEx Telephone:**

Dial In: 1.650.479.3207
Meeting ID: 2309-445-3213

Respectfully submitted,

By:  /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

                        By:    /s/ Ethan S. Cartwright
                                  Ethan S. Cartwright

CREDITORS:

Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-0000
Amex, PO Box 297871, Fort Lauderdale, FL 33329
ATTORNEY GENERAL OF TEXAS, PO BOX 12017, AUSTIN, TX 78711
ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIV/BANKRUPTCY SEC, PO BOX 12548, AUSTIN, TX 78711
CFNA, 6255 Eastland Road, Brook Park, OH 44142-0000
CITIBANK, PO BOX 6500, SIOUX FALLS, SD 57117
Collection Management, 2121 Noblestown Rd, ***BAD ADDRESS***, Pittsburgh, PA 15205***
COMENITY BANK, PO BOX 182125, COLUMBUS, OH 43218-0000
Community First Credit Union, Attn Bankruptcy 637 North Lee St, Jacksonville, FL 32204
COMMUNITY FIRST CREDIT UNION, PO BOX 2304, JACKSONVILLE, FL 32203-0000
CONTINENTAL FINANCE, PO BOX 11743, ***BAD ADDRESS***, WILMINGTON, DE 19850-0000***
Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054
Freedom Mortgage Corporation, Attn Bankruptcy, 907 Pleasant Valley Ave Ste 3, ***BAD ADDRESS***, Mt Laurel, NJ 08054***
Goldman Sachs Bank USA, PO Box 7247, Philadelphia, PA 19170
GoodLeap Inc, 8781 Sierra College Blvd, Roseville, CA 95661
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101
LINEBARGER GOGGAN BLAIR AND SAMPSON, 3500 Maple Ave Ste 800, DALLAS, TX 75219-0000
LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603
Matco Tools, 4403 Allen Road US Hwy 69, Lufkin, TX 75901-0000
Medical City Fort Worth, PO Box 740782, Cincinnati, OH 45274
Medstar Mobile Healthcare, PO Box 863867, Lewisville, NC 27023-0000
Moss Law Firm, PO Box 65020, Lubbock, TX 79464
NPAAS Inc, PO Box 99400, Louisville, KY 40269
NTTA, PO Box 660244, Dallas, TX 75266
ONEMAIN, PO BOX 3251, EVANSVILLE, IN 47731
ONEMAIN FINANCIAL, PO BOX 981037, BOSTON, MA 02298-0000
Orange Park Medical Center, PO Box 740771, Cincinnati, OH 45274
OWINGS AUTO, 519 E DIVISION, ARLINGTON, TX 76011-0000
PERDUE BRACKETT FLORES UTT & BURNS, JV, C/O PBFC&M, LLP, 500 E BORDER ST STE 640, ARLINGTON, TX 76010-0000
QUANTUM3 GROUP LLC, MOMA FUNDING LLC, PO BOX 788, KIRKLAND, WA 98083
QUANTUM3 GROUP LLC, PO BOX 2489, KIRKLAND, WA 98083
RAUSCH STURM LLP, 250 N SUNNYSLOPE ROAD, BROOKFIELD, WI 53005
RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0000
RICK D BARNES TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 3500 Maple Ave Ste 800, DALLAS, TX 75219-0000
SYNCHRONY BANK, PO BOX 965060, ***BAD ADDRESS***, ORLANDO, FL 32896-0000***
SYNCHRONY BANK, PO BOX 965064, ***BAD ADDRESS***, ORLANDO, FL 32896-0000***
T Mobile, PO Box 550460, Dallas, TX 75355
Texas Alcoholic Beverage Comm, Alcoholic Beverage Sales Tax, PO Box 12548, Austin, TX 78711
TEXAS COMPTROLLER PUBLIC ACCTS, REVENUE ACCOUNTING DIV/BANKRUP, PO BOX 13528, AUSTIN, TX 78711
TEXAS WORKFORCE COMMISSION, 101 E 15TH ST, RM 556, AUSTIN, TX 78778-0000
United States Attorney NORTH, 3rd Floor 1100 Commerce St Suite 700, Dallas, TX 75242-0000
US DEPT OF JUSTICE, 950 PENNSYLVANIA AVE NW, WASHINGTON, DC 20530
WEB BANK, 215 S STATE ST STE 1000, SALT LAKE CITY, UT 84111
WELLS FARGO BANK, PO BOX 14517, DES MOINES, IA 50306
Wells Fargo Bank NA, PO Box 10438 MAC F8235 02F, Des Moines, IA 50306

***Address on record invalid for recipient -- no document mailed to this party.