BTXN 112 (rev. 10/02)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Isidro Diaz | § | Case No.:  25–40900–elm7 |
| | § | Chapter No.:  7 |
| Debtor(s) | § | |

## ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.


DATED:  9/17/25                    FOR THE COURT:
                                   Stephen J Manz, Clerk of Court

                                   by: /s/Kara Hyden, Deputy Clerk